**Charles RAWLINGS, Plaintiff–
Appellant,**

v.

**CITY OF BALTIMORE; Mayor and
City Council; Department of Public
Works, Defendants–Appellees.**

No. 12–1356.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Charles Rawlings, Appellant Pro Se.

Before MOTZ, DAVIS, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles Rawlings appeals the district
court's order denying relief on his employ-
ment discrimination complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Rawl-
ings v. Baltimore,* No. 1:12–cv–00446–BEL
(D.Md. Feb. 15, 2012). We dispense with
oral argument because the facts and legal
contentions are adequately presented in

the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*